# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHAUNTEZ HAIRSTON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL NO. 08-cv-569-MJR ) |
| BRENDA COLE, et al., | ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

Since he filed this action, Plaintiff Shauntez Hairston has filed several motions to amend, correct, or otherwise supplement his complaint. Those motions are now before the Court for consideration.

His first three motions seek leave to file an amended complaint (Docs. 7, 8, 9). With each motion, Hairston has submitted a copy of his proposed amended complaint. The Court **GRANTS** the most recent motion (Doc. 9); the Clerk is **DIRECTED** to file the proposed amended complaint submitted with that motion. It follows that his other two motions (Docs. 7, 8) are now **MOOT**.

In his final motion, Hairston seeks to add four pages of exhibits to the record (Doc. 10). This motion is **GRANTED**.

**IT IS SO ORDERED.**

**DATED this 28th day of May, 2009.**

                                                  **s/ Michael J. Reagan**
                                                  **MICHAEL J. REAGAN**
                                                  **United States District Judge**